IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO.: _____

**FULTON P. LISS**, an individual,

    Plaintiff,

vs.

**JACKSONVILLE AVIATION AUTHORITY**,
an agency of the State of Florida,
**THE CITY OF JACKSONVILLE**,
a municipality and agency of the State of Florida,
**SHERIFF MIKE WILLIAMS**, in his official capacity,
**CPL D.L. MCCRORY #420**, in his official capacity,
**P.A. SPIKES #2782**, in his official capacity,
**UNKNOWN SUPERVISORY OFFICERS OF THE JACKSONVILLE SHERIFF'S OFFICE**, the
identity and number of whom is presently unknown,
in their official, supervisory capacity; and
**UNKNOWN CORRECTIONAL OFFICERS OF THE JACKSONVILLE SHERIFF'S OFFICE**, the
identity and number of whom is presently unknown,
in their official, supervisory capacity;
**UNKNOWN MEDICAL PROVIDER FOR THE PRETRIAL DETENTION FACILITY**, the
identity and number of whom is presently unknown,
in their official, supervisory capacity;

    Defendants.
_____/

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C § 1441, and 28 U.S.C. § 1443, Defendant, JACKSONVILLE AVIATION AUTHORITY ("JAA"), by and through undersigned counsel, files and serves its Notice of Removal of this civil action from the Circuit Court of the Fourth

Judicial Circuit, in and for Duval County, Florida, to the United States District Court for the Middle District of Florida, Jacksonville Division. In support hereof, JAA states:

## PRELIMINARY FACTS

1.  This is a civil action for alleged violations and deprivations of constitutional rights brought pursuant to 42 U.S.C. § 1983.

2.  Plaintiff, FULTON P. LISS, has filed a civil action against Defendants, JAA, THE CITY OF JACKSONVILLE, SHERIFF MIKE WILLIAMS, CPL. D.L. MCCRORY, P.A. SPIKES, UNKNOWN SUPERVISORY OFFICERS OF THE JACKSONVILLE SHERIFF'S OFFICE, UNKNOWN CORRECTIONAL OFFICERS OF THE JACKSONVILLE SHERIFF'S OFFICE and an UNKNOWN MEDICAL PROVIDER FOR THE PRETRIAL DETENTION FACILITY in the Circuit Court of the Fourth Judicial Circuit, in and for Duval County, Florida, said case bearing Case No. 16-2018-CA-001416-XXXX-MA.

## FEDERAL JURISDICTION

3.  This court has jurisdiction of this cause pursuant to 28 U.S.C. § 1331 in that this is a civil action arising under the Constitution, laws, or treaties of the United States. Moreover, this action is removable pursuant to 28 U.S.C. § 1443 which states:

> Any of the following civil actions or criminal prosecutions, commenced in a State court may be removed by the defendant to the district court of the United States for the district and division embracing the place wherein it is pending:
>
> > (1) Against any person who is denied or cannot enforce in the courts of such State a right under any law providing for the equal civil rights of citizens of the United States, or of all persons within the jurisdiction thereof;

    (2) For any act under color of authority derived from any law providing for equal rights, or for refusing to do any act on the ground that it would be inconsistent with such law.

## TIMELINESS OF REMOVAL

4. This notice of removal is timely as it has been filed within 30 days of the service of the Summons and Complaint on JAA. JAA was served with the Summons and Complaint on January 31, 2019.

## CONSENT TO REMOVAL

5. The undersigned represents and has consulted with JAA and CPL. D.L. MCCRORY and P.A. SPIKES, both of whom are officers assigned to the Jacksonville International Airport Police Department, regarding removal of this action to the United States District Court for the Middle District of Florida, Jacksonville Division. All of the above-named Defendants consent to removal of this case from the Circuit Court of the Fourth Judicial Circuit, in and for Duval County, Florida, to the United States District Court for the Middle District of Florida, Jacksonville Division, and the undersigned is authorized to represent their consent to the Court.

6. Co-Defendants, THE CITY OF JACKSONVILLE and SHERIFF MIKE WILLIAMS, also consent to removal of this action to the United States District Court for the Middle District of Florida, Jacksonville Division from the Circuit Court of the Fourth Judicial Circuit, in and for Duval County, Florida. Furthermore, the separate Consents to Removal by these two Co-Defendants are submitted contemporaneously with this Notice of Removal.

## STATE COURT PLEADINGS

7. JAA has filed true and legible copies of all process, pleadings, orders and other papers or exhibits of every kind, including depositions, which have been filed in the state court action. An index to these papers is attached hereto as Exhibit "A."

WHEREFORE, Defendant, JACKSONVILLE AVIATION AUTHORITY, respectfully requests this cause be removed to the United States District Court for the Middle District of Florida, Jacksonville Division.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 12, 2019 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System which will send a notice of electronic filing to the following**:** support@robertjslamapa.com - Robert J. Slama, Esquire, Robert J. Slama, P.A., 6817 Southpoint Parkway, Suite 2504, Jacksonville, FL 32216 and tfallis311@gmail.com - Thomas G. Fallis, P.A., The Morris Building, 2064 Park St., Jacksonville, FL 32204-3810.

/s/Alexander Muszynski, III\_\_\_\_\_
ALEXANDER MUSZYNSKI, III, ESQ.
Florida Bar No. 438502
am3@fltrialteam.com
CAMERON E. SHACKELFORD, ESQ.
Florida Bar No. 0640441
ces@fltrialteam.com
*Meier, Bonner, Muszynski, O'Dell*
*& Harvey, P.A.*
260 Wekiva Springs Road
Suite 2000
Longwood, Florida 32779
Telephone: (407) 872-7774
Facsimile: (407) 872-7997
Counsel for Defendant,
JACKSONVILLE AVIATION AUTHORITY

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO.:

**FULTON P. LISS**, an individual,

    Plaintiff,

vs.

**JACKSONVILLE AVIATION AUTHORITY**,
an agency of the State of Florida,
**THE CITY OF JACKSONVILLE**,
a municipality and agency of the State of Florida,
**SHERIFF MIKE WILLIAMS**, in his official capacity,
**CPL D.L. MCCRORY #420**, in his official capacity,
**P.A. SPIKES #2782**, in his official capacity,
**UNKNOWN SUPERVISORY OFFICERS OF THE JACKSONVILLE SHERIFF'S OFFICE**, the
identity and number of whom is presently unknown,
in their official, supervisory capacity; and
**UNKNOWN CORRECTIONAL OFFICERS OF THE JACKSONVILLE SHERIFF'S OFFICE**, the
identity and number of whom is presently unknown,
in their official, supervisory capacity;
**UNKNOWN MEDICAL PROVIDER FOR THE PRETRIAL DETENTION FACILITY**, the
identity and number of whom is presently unknown,
in their official, supervisory capacity;

    Defendants.
_____/

## INDEX TO STATE COURT RECORD

Fulton P. Liss v. Jacksonville Aviation Authority, et al.;
Case No. 16-2018-CA-001416-XXXX-MA

| TAB | DATE | DESCRIPTION | PARTY |
|---|---|---|---|
| 1 | 03-07-18 | Civil Cover Sheet | Plaintiff |
| 2 | 03-07-18 | COMPLAINT | Plaintiff |
| 3 | 03-07-18 | Other Circuit Civil document | Plaintiff |
| 4 | 03-08-18 | Receipt 3140174 for payment of case fee | Plaintiff |

| 5  | 03-08-18 | Demand for Jury Trial | Plaintiff |
| 6  | 09-19-18 | AMENDED MOTION for Extension of Time to Perfect Service of Process | Plaintiff |
| 7  | 12-28-18 | ORDER Granting Amended Motion for Extension of Time to Perfect Service of Process | Judge Blasz |
| 8  | 01-30-19 | Summons Issued to Jacksonville Aviation Authority | Plaintiff |
| 9  | 01-30-19 | Receipt 3362406 for payment of case fee | Plaintiff |
| 10 | 01-30-19 | Summons Issued to City of Jacksonville | Plaintiff |
| 11 | 01-30-19 | Receipt 3362446 for payment of case fee | Plaintiff |
| 12 | 01-30-19 | Summons Issued to Cpl. D.L. McCrory | Plaintiff |
| 13 | 01-30-19 | Receipt 3352449 for payment of case fee | Plaintiff |
| 14 | 01-30-19 | Summons Issued to Sheriff Mike Williams | Plaintiff |
| 15 | 01-30-19 | Receipt 3362452 for payment of case fee | Plaintiff |
| 16 | 01-30-19 | Summons Issued to P.A. Spikes | Plaintiff |
| 17 | 01-30-19 | Receipt 3362456 for payment of case fee | Plaintiff |
| 18 | 02-01-19 | Returned Summons showing Service on P.A. Spikes on 01/31/19 | Plaintiff |
| 19 | 02-01-19 | Returned Summons showing Service on D.L. McCrory on 01/31/19 | Plaintiff |
| 20 | 02-01-19 | Returned Summons showing Service on Sheriff Mike Williams on 01/31/19 | Plaintiff |
| 21 | 02-01-19 | Returned Summons showing Service on Jacksonville Aviation Authority on 01/31/19 | Plaintiff |
| 22 | 02-01-19 | Returned Summons showing Service on City of Jacksonville on 01/31/19 | Plaintiff |
|    |          |                       |           |

**EXHIBIT "A"**