**Case 16-2018-CA-001416-XXXX-MA**

| Department | Circuit Civil | Division | CV-H |
|---|---|---|---|
| Case Status | OPEN | File Date | 3/7/2018 9:53:34 PM |
| Judge Name | BLAZS, KEVIN | Officer | |
| Private Attorney | Slama, Robert John | | |

### Parties

| Name / DOB / DL / ID # | Party Type Race / Sex | Address |
|---|---|---|
| FULTON P LISS | PLAINTIFF / | SUITE 2504 JACKSONVILLE, FL32216 |
| JACKSONVILLE AVIATION AUTHORITY | DEFENDANT / B | 14201 PECAN PARK ROAD JACKSONVILLE, FL32218 |
| D. L. MCCRORY | DEFENDANT / | 14201 PECAN PARK ROAD JACKSONVILLE, FL32218 |
| CITY OF JACKSONVILLE | DEFENDANT / B | 117 W. DUVAL STREET SUITE 400 JACKSONVILLE, FL32202 |
| SHERIFF MIKE WILLIAMS | DEFENDANT / | 501 E. BAY STREET JACKSONVILLE, FL32202 |
| P. A. SPIKES #2782 | DEFENDANT / | 501 E. BAY STREET JACKSONVILLE, FL32202 |
| UNKNOWEN SUPERVISORY OFFICERS OF THE JSO | DEFENDANT / | 501 E. BAY STREET JACKSONVILLE, FL32202 |
| UNKNOWEN MEDICAL PROVIDER FOR THE PTDC | DEFENDANT / | 501 E. BAY STREET JACKSONVILLE, FL32202 |

### Attorneys

| Attorney | Address | For Parties |
|---|---|---|
| Slama, Robert John Private Attorney (919969) | 6817 Southpoint Pkwy Ste 2504 Jacksonville, FL322168200 | FULTON P LISS (PLAINTIFF) |

### Fees

| Date | Description | Assessed | Paid | Balance |
|---|---|---|---|---|
| 01/30/2019 | SUMMONS($10/ea) 6/17/2017 | $10.00 | $10.00 | $0.00 |
| 01/30/2019 | SUMMONS($10/ea) 6/17/2017 | $10.00 | $10.00 | $0.00 |
| 01/30/2019 | SUMMONS($10/ea) 6/17/2017 | $10.00 | $10.00 | $0.00 |
| 01/30/2019 | SUMMONS($10/ea) 6/17/2017 | $10.00 | $10.00 | $0.00 |
| 03/08/2018 | CIR/GENERALCIVIL 3/1/2012 | $401.00 | $401.00 | $0.00 |
| 03/08/2018 | CIR/ADDL DEFENDANT FEE @$2.50ea | $5.00 | $5.00 | $0.00 |
| 01/30/2019 | SUMMONS($10/ea) 6/17/2017 | $10.00 | $10.00 | $0.00 |

### Dockets

| Line / Document | Count | Effective Entered | Description | Pages | Image |
|---|---|---|---|---|---|
| 1 D1 | -- | 3/7/2018 3/8/2018 | COVER SHEET | 3 | Available VOR, Ready to view |
| 2 D2 | -- | 3/7/2018 3/8/2018 | COMPLAINT | 15 | Available VOR, Ready to view |
| 3 | -- | 3/7/2018 3/8/2018 | OTHER CIRCUIT CIVIL – OTHER | | |
| 4 D4 | -- | 3/8/2018 3/8/2018 | CASE FEES PAID: $406.00 ON RECEIPT NUMBER 3140174 | 1 | |

| Line / Document | Count | Effective Entered | Description | Pages | Image |
|---|---|---|---|---|---|
|  |  |  |  |  | Available Public access |
| 5 | -- | 3/8/2018 3/8/2018 | DEMAND FOR JURY TRIAL |  |  |
| 6 D6 | -- | 9/19/2018 9/24/2018 | MOTION FOR EXTENSION OF TIME TO PERFECT SERVICE OF PROCESS (AMENDED) | 2 | Available VOR, Ready to view |
| 7 D7 | -- | 12/28/2018 12/28/2018 | ORDER GRANTING AMENDED MTN FOR EXTENSION OF TIME TO PERFECT SERVICE OF PROCESS: UNTIL 01-31-19 | 1 | Available VOR, Ready to view |
| 8 D8 | -- | 1/30/2019 1/30/2019 | SUMMONS ISSUED TO JACKSONVILLE AVIATION AUTHORITY | 3 | Available VOR, Ready to view |
| 9 D9 | -- | 1/30/2019 1/30/2019 | CASE FEES PAID: $10.00 ON RECEIPT NUMBER 3362406 | 1 | Available Public access |
| 10 D10 | -- | 1/30/2019 1/30/2019 | SUMMONS ISSUED TO CITY OF JACKSONVILLE | 2 | Available VOR, Ready to view |
| 11 D11 | -- | 1/30/2019 1/30/2019 | CASE FEES PAID: $10.00 ON RECEIPT NUMBER 3362446 | 1 | Available Public access |
| 12 D12 | -- | 1/30/2019 1/30/2019 | SUMMONS ISSUED TO CPL D.L. MCCRORY #420 | 2 | Available VOR, Ready to view |
| 13 D13 | -- | 1/30/2019 1/30/2019 | CASE FEES PAID: $10.00 ON RECEIPT NUMBER 3362449 | 1 | Available Public access |
| 14 D14 | -- | 1/30/2019 1/30/2019 | SUMMONS ISSUED TO SHERIFF MIKE WILLIAMS | 2 | Available VOR, Ready to view |
| 15 D15 | -- | 1/30/2019 1/30/2019 | CASE FEES PAID: $10.00 ON RECEIPT NUMBER 3362452 | 1 | Available Public access |
| 16 D16 | -- | 1/30/2019 1/30/2019 | SUMMONS ISSUED TO PA SPIKES #2782 | 2 | Available VOR, Ready to view |
| 17 D17 | -- | 1/30/2019 1/30/2019 | CASE FEES PAID: $10.00 ON RECEIPT NUMBER 3362456 | 1 | Available Public access |
| 18 D18 | -- | 2/1/2019 2/4/2019 | SUMMONS RETURNED INDICATING SERVICE ON P.A. SPIKES #2782 01/31/2019 @1135AM BY MARIE WHITNEY | 1 | Available Public access |
| 19 D19 | -- | 2/1/2019 2/4/2019 | SUMMONS RETURNED INDICATING SERVICE TO CPL D.L. MCCRORY 1/31/19 @ 11:35AM | 1 | Available Public access |
|  | -- |  | SUMMONS RETURNED INDICATING SERVICE TO SHERIFF MIKE WILLIAMS 1/31/19 @ 12:00PM | 1 |  |

| Line / Document | Count | Effective<br>Entered | Description | Pages | Image |
|---|---|---|---|---|---|
| 20<br>D20 |  | 2/1/2019<br>2/4/2019 |  |  | **Available**<br>Public access |
| 21<br>D21 | -- | 2/1/2019<br>2/5/2019 | SUMMONS RETURNED INDICATING SERVICE TO JACKSONVILLE AVIATION AUTHORITY 1/31/19 @ 11:20AM | 1 | **Available**<br>Public access |
| 22<br>D22 | -- | 2/1/2019<br>2/5/2019 | SUMMONS RETURNED INDICATING SERVICE TO CITY OF JACKSONVILLE, MAYOR LENNY CURRY 1/31/19 @ 12:00PM | 1 | **Available**<br>Public access |