Filing # 68960127 E-Filed 03/07/2018 09:53:34 PM

## FORM 1.997. CIVIL COVER SHEET

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner for the use of the Clerk of Court for the purpose of reporting judicial workload data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

### I.   CASE STYLE

IN THE CIRCUIT COURT OF THE <u>FOURTH</u> JUDICIAL CIRCUIT,
IN AND FOR <u>DUVAL</u> COUNTY, FLORIDA

Case No.:_____
Judge: _____

Fulton P Liss
Plaintiff
               vs.
Jacksonville Aviation Authority, D. L. McCrory, City of Jacksonville, SHERIFF MIKE WILLIAMS, P. A. SPIKES #2782, UNKNOWEN SUPERVISORY OFFICERS OF THE JSO, UNKNOWEN MEDICAL PROVIDER FOR THE PTDC
Defendant

### II.   TYPE OF CASE

- ☐ Condominium
- ☐ Contracts and indebtedness
- ☐ Eminent domain
- ☐ Auto negligence
- ☐ Negligence – other
    - ☐ Business governance
    - ☐ Business torts
    - ☐ Environmental/Toxic tort
    - ☐ Third party indemnification
    - ☐ Construction defect
    - ☐ Mass tort
    - ☐ Negligent security
    - ☐ Nursing home negligence
    - ☐ Premises liability – commercial
    - ☐ Premises liability – residential
- ☐ Products liability
- ☐ Real Property/Mortgage foreclosure
    - ☐ Commercial foreclosure $0 - $50,000
    - ☐ Commercial foreclosure $50,001 - $249,999
    - ☐ Commercial foreclosure $250,000 or more
    - ☐ Homestead residential foreclosure $0 – 50,000
    - ☐ Homestead residential foreclosure $50,001 - $249,999
    - ☐ Homestead residential foreclosure $250,000 or more
    - ☐ Non-homestead residential foreclosure $0 - $50,000

- ☐ Non-homestead residential foreclosure $50,001 - $249,999
- ☐ Non-homestead residential foreclosure $250,00 or more
- ☐ Other real property actions $0 - $50,000
- ☐ Other real property actions $50,001 - $249,999
- ☐ Other real property actions $250,000 or more

- ☐ Professional malpractice
    - ☐ Malpractice – business
    - ☐ Malpractice – medical
    - ☐ Malpractice – other professional
- ☒ Other
    - ☐ Antitrust/Trade Regulation
    - ☐ Business Transaction
    - ☒ Circuit Civil - Not Applicable
    - ☐ Constitutional challenge-statute or ordinance
    - ☐ Constitutional challenge-proposed amendment
    - ☐ Corporate Trusts
    - ☐ Discrimination-employment or other
    - ☐ Insurance claims
    - ☐ Intellectual property
    - ☐ Libel/Slander
    - ☐ Shareholder derivative action
    - ☐ Securities litigation
    - ☐ Trade secrets

☐   Trust litigation

**COMPLEX BUSINESS COURT**

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

III. **REMEDIES SOUGHT** (check all that apply):
   ☒ Monetary;
   ☐ Non-monetary declaratory or injunctive relief;
   ☐ Punitive

IV. **NUMBER OF CAUSES OF ACTION: (    )**
   (Specify)

   <u>1</u>

V. **IS THIS CASE A CLASS ACTION LAWSUIT?**
   ☐ Yes
   ☒ No

VI. **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
   ☒ No
   ☐ Yes – If "yes" list all related cases by name, case number and court:

VII. **IS JURY TRIAL DEMANDED IN COMPLAINT?**
   ☒ Yes
   ☐ No

---

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature <u>s/ Robert John Slama</u>     FL Bar No.: <u>919969</u>
    Attorney or party                                                                (Bar number, if attorney)

    <u>Robert John Slama</u>     <u>03/08/2018</u>
    (Type or print name)                                            Date



**RONNIE FUSSELL**

# RECEIPT
3140174

CLERK OF THE CIRCUIT AND COUNTY COURTS

JACKSONVILLE, DUVAL COUNTY, FLORIDA

Printed On:
03/08/2018 02:39
Page 1 of 1

| Receipt Number: 3140174 - Date 03/08/2018  Time 2:39PM | |
|---|---|
| **Received of:** | Robert John Slama<br>6817 Southpoint Parkway<br>suite 2504<br>Jacksonville, FL 32216 |

| | | | |
|---|---|---|---|
| **Cashier Name:** | EFile | **Balance Owed:** | 406.00 |
| **Cashier Location:** | E-Filing | **Total Amount Paid:** | 406.00 |
| **Receipt ID:** | 6403693 | **Remaining Balance:** | 0.00 |
| **Division:** | CV-H(Circuit) | | |

| Case# 16-2018-CA-001416-XXXX-MA -- PLAINTIFF: LISS, FULTON P | | | |
|---|---|---|---|
| Item | Balance | Paid | Bal Remaining |
| Fees | 406.00 | 406.00 | 0.00 |
| **Case Total** | **406.00** | **406.00** | **0.00** |

| Payments | | |
|---|---|---|
| **Type** | **Ref#** | **Amount** |
| EFILING | 20923804 | 406.00 |
| **Total Received** | | **406.00** |
| **Total Paid** | | **406.00** |

## The clerk of courts is here to help you.

| We can be found online at: | **WWW.DUVALCLERK.COM** |
|---|---|
| The main courthouse Location is: | **Clerk of the Circuit and County Courts**<br>**Duval County, Florida**<br>501 West Adams Street<br>Jacksonville, Florida 32202 |
| The main telephone number is: | 904-255-2000 |
| Other Locations: | **Neptune Beach Courthouse Annex**<br>1543 Atlantic Blvd<br>Neptune Beach, Florida 32266 |

IN THE COUNTY COURT OF THE
FOURTH JUDICIAL CIRCUIT, IN AND
FOR DUVAL COUNTY, FLORIDA

CASE NO.: 16-2018-CA-001416XXXMA

DIVISION:  CV-H

FULTON LISS, an individual,

        Plaintiff,

vs.

CITY OF JACKSONVILLE,
a political subdivision of the State of Florida,
et al.,

        Defendants.

_____/

## AMENDED MOTION FOR EXTENSION OF TIME TO
## PEFECT SERVICE OF PROCESS

    **COME NOW**, the Plaintiff, **FULTON LISS**, and through undersigned counsel, files this amended motion for extension of time to perfect service of process, and alleges:

    1.  Plaintiffs' Counsel had a death in the family in April 2018, a male nephew, age 21.  Previously, Counsel's mother had died on December 29, 2017, which brought about a continuance many of the cases and litigation in the first quarter of the year.

    2.  Thereafter, beginning in May Counsel was involved in extensive litigation in Leon County with an expedited appeal in the Florida Supreme Court and the First District Court of Appeal which involves an issue of great public importance.  That case is being heard at Oral Argument on October 2, 2018 in Tallahassee, Florida.

    3.  Counsel is a solo practitioner and requires an additional 45 days to perfect service of process all defendants both corporate and individual.

4.   The Plaintiff requests additional time to perfect service of process on any of the listed defendants who are timely served and may require additional service of process should there by a defect in service pled by any defendant.   This extension is sought in good faith, and not for purposes of delay, and to promote the efficient prosecution of this case and to preserve judicial economy.   *Bacchi v. Manna of Hernando, Inc.* 743 So. 2d 34, 34 (Fla. 5th DCA 1999). *Kohler v. Vega-Maltes,* 838 So. 2d 1249, 1250 (Fla. 2nd DCA 2003).[1]

WHEREFORE, the Plaintiffs request that the Order approving the Extension of Time to include a period up to an including October 31, 2018.

*DATED THIS* 21st  day of September, 2018

Respectfully submitted,

**ROBERT J. SLAMA, P.A.**
**6817 SOUTHPOINT PARKWAY, STE. 2504**
**JACKSONVILLE, FL 32216**

**THOMAS G. FALLIS, P.A.**
**233 E. BAY STREET, STE. 601**
**JACKSONVILLE, FLORIDA 32202**

BY:  /s/ Robert J Slama
Robert J. Slama, Esquire
Florida Bar No.: 919969
(904) 296-1050 Telephone
(904) 296-1844 Facsimile
support@RobertJSlamaPA.com
**Attorneys for Plaintiff**

---

[1] The trial court has broad discretion to extend the time for service even when good cause for failing to meet the 120-day deadline has not been shown. *Bacchi v. Manna of Hernando, Inc.,* 743 So. 2d 34, 34 (Fla. 5th DCA 1999).

IN THE FOURTH JUDICIAL CIRCUIT, IN
AND FOR DUVAL COUNTY, FLORIDA

CASE NO.: 16-2018-CA-001416XXXMA

DIVISION: CV-H

**FULTON LISS**, an individual,

                    Plaintiff,

vs.

**CITY OF JACKSONVILLE**,
a political subdivision of the State of Florida,
et al.,

                    Defendants.

_____/

## ORDER GRANTING AMENDED MOTION FOR EXTENSION OF TIME TO PERFECT SERVICE OF PROCESS

This cause came on to be heard on Plaintiff's Amended Motion to Extend Time to

Perfect Service, and the Court being advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that:

1. Plaintiff's Amended Motion to Extend Time to Perfect Service is hereby

**GRANTED.** *Bacchi v. Manna of Hernando, Inc.* 743 So. 2d 34, 34 (Fla. 5th DCA 1999).

*Kohler v. Vega-Maltes,* 838 So. 2d 1249, 1250 (Fla. 2nd DCA 2003).

2. Plaintiffs shall have until January 31, 2019 to effectuate service of process on all

defendants.

DONE AND ORDERED in Chambers at Jacksonville, Duval County, Florida, this

2/ ˢᵗ day of _Dec_____, 2018.

                                  _____
                                  CIRCUIT JUDGE

Copies to:
Robert J. Slama, Esquire
Thomas G. Fallis, Esquire

FILED 12-28-18 PM 01:24 RUSSELL

IN THE CIRCUIT COURT FOR THE FOURTH JUDICIAL CIRCUIT IN AND FOR DUVAL COUNTY, FLORIDA

CASE NO.: 16-2018-CA-001416XXXMA

DIVISION:  CV-H

**FULTON LISS**, an individual,

                Plaintiff,

vs.

**CITY OF JACKSONVILLE,**
a political subdivision of the State of Florida, et al.,

                Defendants.

_____/

**SUMMONS:  PERSONAL SERVICE ON AN INDIVIDUAL**
**ORDEN DE COMPARECENCIA: SERVICIO PERSONAL EN UN INDIVIDUO**
**CITATION: L'ASSIGNATION PERSONAL SUR UN INDIVIDUEL**

TO/PARA/A:   **Jacksonville Aviation Authority**
                   **c/o Jay Demetree**
                   **2400 YANKEE CLIPPER DRIVE**
                   **JACKSONVILLE, FL 322218**

### IMPORTANT

A lawsuit has been filed against you. You have **20 calendar days** after this summons is served on you to file a written response to the attached complaint/petition with the clerk of this circuit court, located at: DUVAL COUNTY COURTHOUSE, 501 W. Adams Street, Jacksonville, FL 32202.. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be **filed** if you want the Court to hear your side of the case.

**If you do not file your written response on time, you may lose the case, and your wages, money, and property may be taken thereafter without further warning from the Court.** There are other legal requirements. You may want to call an attorney right away.  If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court, you must also mail or take a copy of your written response to the party serving this summons at:**Robert J. Slama, P.A., 6817, Southpoint Pkwy, Ste. 2504, Jacksonville, FL 32216**

**Copies of all court documents in this case, including orders, are available at the Clerk of the Circuit Court's office.  You may review these documents, upon request.**

**You must keep the Clerk of the Circuit Court's office notified of your current address.  (You may file Notice of Current Address, Florida Family Law Form 12.915.)  Future papers in this lawsuit will be mailed to the address on record at the clerk's office.**

**WARNING:  Rule 12.285, Florida Family Law Rules of Procedure, requires certain automatic disclosure of documents and information.  Failure to comply can result in sanctions, including dismissal or striking of pleadings.**

THE STATE OF FLORIDA
TO EACH SHERIFF OF THE STATE:  You are commanded to serve this summons and a copy of the complaint in this lawsuit on the above-named person.

DATED:  _____Jan 30 2019_____

RONNIE FUSSELL
CLERK OF THE CIRCUIT COURT

By: _____
      Deputy Clerk



## IMPORTANTE

Usted ha sido demandado legalmente.  Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal.

Localizado en: _____Una llamada telefonica no lo protegera.  Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas.  Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal.  Existen otros requisitos legales.  Si lo desea, usted puede consultar a un abogado inmediatamente.  Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presente su respuesta ante el tribunal, usted debe enviar por correo o entregar una copia de su respuesta a la persona denominada abajo.

Si usted elige presentar personalmente una respuesta por escrito, en el mismo momento que usted presente su respuesta por escrito al Tribunal, usted debe enviar por correo o llevar una copia de su respuesta por escrito a la parte entregando esta orden de comparencencia a:

Nombre y direccion de la parte que entrega la orden de comparencencia: _____.

Copias de todos los documentos judiciales de este caso, incluyendo las ordenes, estan disponibles en la oficina del Secretario de Juzgado del Circuito [Clerk of the Circuit Court's office].  Estos documentos pueden ser revisados a su solicitud.

Usted debe de manener informada a la oficina del Secretario de Juzgado del Circuito de su direccion actual.  (Usted puede presentar_____el Formulario: Ley de Familia de la Florida 12.915, [_☐ Florida Family Law Form 12.915], Notificacion de la Direccion Actual [Notice of Current Address].)  Los papelos que se presenten en el futuro en esta demanda judicial seran env ados por correo a la direccion que este registrada en la oficina del Secretario.

ADVERTENCIA: Regla 12.285 (Rule 12.285), de las Reglas de Procedimiento de Ley de Familia de la Florida [Florida Family Law Rules of Procedure], requiere cierta revelacion automatica de documentos e informacion.  El incomplimient, puede resultar en sanciones, incluyendo la desestimacion o anulacion de los alegatos.

## IMPORTANT

Des poursuites judiciaires ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Qui se trouve a: *{L'Adresse}* _____.  Un simple coup de telephone est insuffisant pour vous proteger; vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le delai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal.  Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat.  Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite a la partie qui vous depose cette citation.

Nom et adresse de la partie qui depose cette citation: _____.

Les photocopies de tous les documents tribunals de cette cause, y compris des arrets, sont disponible au bureau du greffier.  Vous pouvez revue ces documents, sur demande.

Il faut aviser le greffier de votre adresse actuelle.  (Vous pouvez deposer _☐ Florida Family Law Form 12.915, Notice of Current Address.)  Les documents de l'avenir de ce proces seront envoyer a l' adresse que vous donnez au bureau du greffier.

ATTENTION: La regle 12.285 des regles de procedure du droit de la famille de la Floride exige que l'on remette certains renseignements et certains documents 'a la partie adverse. Tout refus de les fournir pourra donner lieu a des sanctions, y compris le rejet ou la suppression d'un ou de plusieurs actes de procedure.



**RONNIE FUSSELL**

# RECEIPT
3362406

CLERK OF THE CIRCUIT AND COUNTY COURTS
JACKSONVILLE, DUVAL COUNTY, FLORIDA

Printed On:
01/30/2019 04:05
Page 1 of 1

| Receipt Number: 3362406 - Date 01/30/2019  Time 4:04PM | | |
|---|---|---|
| **Received of:** | Robert J Slama<br>6817 Southpoint Parkway<br>Suite 2504<br>Jacksonville, FL 32216 | |
| **Cashier Name:** EFile | **Balance Owed:** | 10.00 |
| **Cashier Location:** E-Filing | **Total Amount Paid:** | 10.00 |
| **Receipt ID:** 6642845 | **Remaining Balance:** | 0.00 |
| **Division:** CV-H(Circuit) | | |

| Case# 16-2018-CA-001416-XXXX-MA -- PLAINTIFF: LISS, FULTON P | | | |
|---|---|---|---|
| **Item** | **Balance** | **Paid** | **Bal Remaining** |
| Fees | 10.00 | 10.00 | 0.00 |
| **Case Total** | **10.00** | **10.00** | **0.00** |

| Payments | | |
|---|---|---|
| **Type** | **Ref#** | **Amount** |
| EFILING | 23755535 | 10.00 |
| **Total Received** | | **10.00** |
| **Total Paid** | | **10.00** |

## The clerk of courts is here to help you.

| We can be found online at: | **WWW.DUVALCLERK.COM** |
|---|---|
| The main courthouse Location is: | **Clerk of the Circuit and County Courts**<br>**Duval County, Florida**<br>501 West Adams Street<br>Jacksonville, Florida 32202 |
| The main telephone number is: | 904-255-2000 |
| Other Locations: | **Neptune Beach Courthouse Annex**<br>1543 Atlantic Blvd<br>Neptune Beach, Florida 32266 |

IN THE CIRCUIT COURT FOR THE FOURTH
JUDICIAL CIRCUIT IN AND FOR DUVAL
COUNTY, FLORIDA

CASE NO.: 16-2018-CA-001416XXXMA

DIVISION:  CV-H

**FULTON LISS**, an individual**,**

        Plaintiff,

vs.

**CITY OF JACKSONVILLE,**
a political subdivision of the State of Florida,
et al.,

        Defendants.

_____/

**SUMMONS:  PERSONAL SERVICE ON AN INDIVIDUAL**
**ORDEN DE COMPARECENCIA: SERVICIO PERSONAL EN UN INDIVIDUO**
**CITATION: L'ASSIGNATION PERSONNEL SUR UN INDIVIDUEL**

TO/PARA/A:  **City of Jacksonville**
          Mayor Lenny Curry
          St. James Building
          117 West Duval Street, Ste. 400
          Jacksonville, Florida 32202

**IMPORTANT**

A lawsuit has been filed against you. You have **20 calendar days** after this summons is served on you to file a written response to the attached complaint/petition with the clerk of this circuit court, located at: DUVAL COUNTY COURTHOUSE, 501 W. Adams Street, Jacksonville, FL 32202.. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be **filed** if you want the Court to hear your side of the case.

    **If you do not file your written response on time, you may lose the case, and your wages, money, and property may be taken thereafter without further warning from the Court.** There are other legal requirements. You may want to call an attorney right away.  If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

    If you choose to file a written response yourself, at the same time you file your written response to the Court, you must also mail or take a copy of your written response to the party serving this summons at:**Robert J. Slama, P.A., 6817, Southpoint Pkwy, Ste. 2504, Jacksonville, FL 32216**

    **Copies of all court documents in this case, including orders, are available at the Clerk of the Circuit Court's office.  You may review these documents, upon request.**

    **You must keep the Clerk of the Circuit Court's office notified of your current address.  (You may file Notice of Current Address, Florida Family Law Form 12.915.)  Future papers in this lawsuit will be mailed to the address on record at the clerk's office.**

    **WARNING:  Rule 12.285, Florida Family Law Rules of Procedure, requires certain automatic disclosure of documents and information.  Failure to comply can result in sanctions, including dismissal or striking of pleadings.**

THE STATE OF FLORIDA
TO EACH SHERIFF OF THE STATE:  You are commanded to serve this summons and a copy of the complaint in this lawsuit on the above-named person.

DATED: _____Jan 30 2019_____

                  RONNIE FUSSELL

                  CLERK OF THE CIRCUIT COURT

(SEAL)

                  By: _____
                      Deputy Clerk

**IMPORTANTE**

Usted ha sido demandado legalmente.  Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal.

Localizado en: _____Una llamada telefonica no lo protegera.  Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas.  Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal.  Existen otros requisitos legales.  Si lo desea, usted puede consultar a un abogado inmediatamente.  Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presente su respuesta ante el tribunal, usted debe enviar por correo o entregar una copia de su respuesta a la persona denominada abajo.

Si usted elige presentar personalmente una respuesta por escrito, en el mismo momento que usted presente su respuesta por escrito al Tribunal, usted debe enviar por correo o llevar una copia de su respuesta por escrito a la parte entregando esta orden de comparencencia a:

Nombre y direccion de la parte que entrega la orden de comparencencia: _____.

Copias de todos los documentos judiciales de este caso, incluyendo las ordenes, estan disponibles en la oficina del Secretario de Juzgado del Circuito [Clerk of the Circuit Court's office].  Estos documentos pueden ser revisados a su solicitud.

Usted debe de manener informada a la oficina del Secretario de Juzgado del Circuito de su direccion actual. (Usted puede presentar_____el Formulario: Ley de Familia de la Florida 12.915, [ ☐ Florida Family Law Form 12.915], Notificacion de la Direccion Actual [Notice of Current Address].)  Los papelos que se presenten en el futuro en esta demanda judicial seran env ados por correo a la direccion que este registrada en la oficina del Secretario.

ADVERTENCIA: Regla 12.285 (Rule 12.285), de las Reglas de Procedimiento de Ley de Familia de la Florida [Florida Family Law Rules of Procedure], requiere cierta revelacion automatica de documentos e informacion.  El incumplimient, puede resultar en sanciones, incluyendo la desestimacion o anulacion de los alegatos.

**IMPORTANT**

Des poursuites judiciaires ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Qui se trouve a: *{L'Adresse}* _____.  Un simple coup de telephone est insuffisant pour vous proteger; vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause.  Si vous ne deposez pas votre reponse ecrite dans le delai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal.  Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat.  Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite a la partie qui vous depose cette citation.

Nom et adresse de la partie qui depose cette citation: _____.

Les photocopies de tous les documents tribunals de cette cause, y compris des arrets, sont disponible au bureau du greffier.  Vous pouvez revue ces documents, sur demande.

Il faut aviser le greffier de votre adresse actuelle.  (Vous pouvez deposer _☐ Florida Family Law Form 12.915, Notice of Current Address.)  Les documents de l'avenir de ce proces seront envoyer a l' adresse que vous donnez au bureau du greffier.

ATTENTION: La regle 12.285 des regles de procedure du droit de la famille de la Floride exige que l'on remette certains renseignements et certains documents 'a la partie adverse. Tout refus de les fournir pourra donner lieu a des sanctions, y compris le rejet ou la suppression d'un ou de plusieurs actes de procedure.



**RONNIE FUSSELL**

# RECEIPT
3362406

CLERK OF THE CIRCUIT AND COUNTY COURTS
JACKSONVILLE, DUVAL COUNTY, FLORIDA

Printed On:
01/30/2019 04:05
Page 1 of 1

| Receipt Number: 3362406 - Date 01/30/2019  Time 4:04PM | | | |
|---|---|---|---|
| **Received of:** | Robert J Slama<br>6817 Southpoint Parkway<br>Suite 2504<br>Jacksonville, FL 32216 | | |
| **Cashier Name:** | EFile | **Balance Owed:** | 10.00 |
| **Cashier Location:** | E-Filing | **Total Amount Paid:** | 10.00 |
| **Receipt ID:** | 6642845 | **Remaining Balance:** | 0.00 |
| **Division:** | CV-H(Circuit) | | |

| Case# 16-2018-CA-001416-XXXX-MA -- PLAINTIFF: LISS, FULTON P | | | |
|---|---|---|---|
| **Item** | **Balance** | **Paid** | **Bal Remaining** |
| Fees | 10.00 | 10.00 | 0.00 |
| **Case Total** | **10.00** | **10.00** | **0.00** |

| Payments | | |
|---|---|---|
| **Type** | **Ref#** | **Amount** |
| EFILING | 23755535 | 10.00 |
| **Total Received** | | **10.00** |
| **Total Paid** | | **10.00** |

## The clerk of courts is here to help you.

| We can be found online at: | **WWW.DUVALCLERK.COM** |
|---|---|
| The main courthouse Location is: | **Clerk of the Circuit and County Courts**<br>**Duval County, Florida**<br>501 West Adams Street<br>Jacksonville, Florida 32202 |
| The main telephone number is: | 904-255-2000 |
| Other Locations: | **Neptune Beach Courthouse Annex**<br>1543 Atlantic Blvd<br>Neptune Beach, Florida 32266 |

IN THE CIRCUIT COURT FOR THE FOURTH
JUDICIAL CIRCUIT IN AND FOR DUVAL
COUNTY, FLORIDA

CASE NO.: 16-2018-CA-001416XXXMA

DIVISION:  CV-H

**FULTON LISS**, an individual,

                    Plaintiff,

vs.

**CITY OF JACKSONVILLE,**
a political subdivision of the State of Florida,
et al.,

                    Defendants.

_____/

**SUMMONS:  PERSONAL SERVICE ON AN INDIVIDUAL**
**ORDEN DE COMPARECENCIA: SERVICIO PERSONAL EN UN INDIVIDUO**
**CITATION: L'ASSIGNATION PERSONAL SUR UN INDIVIDUEL**

**TO: CPL D.L. MCCRORY #420**
**2400 YANKEE CLIPPER DRIVE**
**JACKSONVILLE, FL 322218**

IMPORTANT

A lawsuit has been filed against you. You have **20 calendar days** after this summons is served on you to file a written response to the attached complaint/petition with the clerk of this circuit court, located at: BRADFORD COUNTY COURTHOUSE, 945 NORTH TEMPLE AVE., STARKE, FL 32091. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be **filed** if you want the Court to hear your side of the case.

**If you do not file your written response on time, you may lose the case, and your wages, money, and property may be taken thereafter without further warning from the Court.** There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court, you must also mail or take a copy of your written response to the party serving this summons at:**Robert J. Slama, P.A., 6817, Southpoint Pkwy, Ste. 2504, Jacksonville, FL 32216**

**Copies of all court documents in this case, including orders, are available at the Clerk of the Circuit Court's office. You may review these documents, upon request.**

**You must keep the Clerk of the Circuit Court's office notified of your current address. (You may file Notice of Current Address, Florida Family Law Form 12.915.) Future papers in this lawsuit will be mailed to the address on record at the clerk's office.**

**WARNING:  Rule 12.285, Florida Family Law Rules of Procedure, requires certain automatic disclosure of documents and information.  Failure to comply can result in sanctions, including dismissal or striking of pleadings.**

THE STATE OF FLORIDA
TO EACH SHERIFF OF THE STATE:  You are commanded to serve this summons and a copy of the complaint in this lawsuit on the above-named person.

DATED: _____ Jan 30 2019 _____

                    RONNIE FUSSELL
                    CLERK OF THE CIRCUIT COURT

(SEAL)

                    By: _____
                        Deputy Clerk

**IMPORTANTE**

Usted ha sido demandado legalmente.  Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal.

Localizado en: _____Una llamada telefonica no lo protegera.  Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas.  Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal.  Existen otros requisitos legales.  Si lo desea, usted puede consultar a un abogado inmediatamente.  Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presente su respuesta ante el tribunal, usted debe enviar por correo o entregar una copia de su respuesta a la persona denominada abajo.

Si usted elige presentar personalmente una respuesta por escrito, en el mismo momento que usted presente su respuesta por escrito al Tribunal, usted debe enviar por correo o llevar una copia de su respuesta por escrito a la parte entregando esta orden de comparencencia a:

Nombre y direccion de la parte que entrega la orden de comparencencia: _____.

Copias de todos los documentos judiciales de este caso, incluyendo las ordenes, estan disponibles en la oficina del Secretario de Juzgado del Circuito [Clerk of the Circuit Court's office].  Estos documentos pueden ser revisados a su solicitud.

Usted debe de manener informada a la oficina del Secretario de Juzgado del Circuito de su direccion actual.  (Usted puede presentar_____el Formulario: Ley de Familia de la Florida 12.915, [_❏ Florida Family Law Form 12.915], Notificacion de la Direccion Actual [Notice of Current Address].)  Los papelos que se presenten en el futuro en esta demanda judicial seran env ados por correo a la direccion que este registrada en la oficina del Secretario.

ADVERTENCIA: Regla 12.285 (Rule 12.285), de las Reglas de Procedimiento de Ley de Familia de la Florida [Florida Family Law Rules of Procedure], requiere cierta revelacion automatica de documentos e informacion.  El incumplimient, puede resultar en sanciones, incluyendo la desestimacion o anulacion de los alegatos.

**IMPORTANT**

Des poursuites judiciaires ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Qui se trouve a: *{L'Adresse}* _____. Un simple coup de telephone est insuffisant pour vous proteger; vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le delai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite a la partie qui vous depose cette citation.

Nom et adresse de la partie qui depose cette citation: _____.

Les photocopies de tous les documents tribunals de cette cause, y compris des arrets, sont disponible au bureau du greffier.  Vous pouvez revue ces documents, sur demande.

Il faut aviser le greffier de votre adresse actuelle.  (Vous pouvez deposer _❏ Florida Family Law Form 12.915, Notice of Current Address.)  Les documents de l'avenir de ce proces seront envoyer a l' adresse que vous donnez au bureau du greffier.

ATTENTION: La regle 12.285 des regles de procedure du droit de la famille de la Floride exige que l'on remette certains renseignements et certains documents 'a la partie adverse. Tout refus de les fournir pourra donner lieu a des sanctions, y compris le rejet ou la suppression d'un ou de plusieurs actes de procedure.



# RECEIPT
3362449

## RONNIE FUSSELL

CLERK OF THE CIRCUIT AND COUNTY COURTS
JACKSONVILLE, DUVAL COUNTY, FLORIDA

Printed On:
01/30/2019 04:29
Page 1 of 1

| Receipt Number: 3362449 - Date 01/30/2019  Time 4:29PM | | | |
|---|---|---|---|
| **Received of:** | Robert J Slama 6817 Southpoint Parkway Suite 2504 Jacksonville, FL 32216 | | |
| **Cashier Name:** | EFile | **Balance Owed:** | 10.00 |
| **Cashier Location:** | E-Filing | **Total Amount Paid:** | 10.00 |
| **Receipt ID:** | 6642888 | **Remaining Balance:** | 0.00 |
| **Division:** | CV-H(Circuit) | | |

| Case# 16-2018-CA-001416-XXXX-MA -- PLAINTIFF: LISS, FULTON P | | | |
|---|---|---|---|
| **Item** | **Balance** | **Paid** | **Bal Remaining** |
| Fees | 10.00 | 10.00 | 0.00 |
| **Case Total** | **10.00** | **10.00** | **0.00** |

| Payments | | |
|---|---|---|
| **Type** | **Ref#** | **Amount** |
| EFILING | 23761306 | 10.00 |
| **Total Received** | | **10.00** |
| **Total Paid** | | **10.00** |

## The clerk of courts is here to help you.

| We can be found online at: | **WWW.DUVALCLERK.COM** |
|---|---|
| The main courthouse Location is: | **Clerk of the Circuit and County Courts** **Duval County, Florida** 501 West Adams Street Jacksonville, Florida 32202 |
| The main telephone number is: | 904-255-2000 |
| Other Locations: | **Neptune Beach Courthouse Annex** 1543 Atlantic Blvd Neptune Beach, Florida 32266 |

IN THE CIRCUIT COURT FOR THE FOURTH
JUDICIAL CIRCUIT IN AND FOR DUVAL
COUNTY, FLORIDA

CASE NO.: 16-2018-CA-001416XXXMA

DIVISION:  CV-H

**FULTON LISS**, an individual,

                    Plaintiff,

vs.

**CITY OF JACKSONVILLE**,
a political subdivision of the State of Florida,
et al.,

                    Defendants.
_____/

**SUMMONS:  PERSONAL SERVICE ON AN INDIVIDUAL**
**ORDEN DE COMPARECENCIA:  SERVICIO PERSONAL EN UN INDIVIDUO**
**CITATION:  L'ASSIGNATION PERSONAL SUR UN INDIVIDUEL**

**SHERIFF MIKE WILLIAMS**
c/o Office of the Sheriff of the City of Jacksonville
501 E. Bay Street
Jacksonville Florida 32202

IMPORTANT

A lawsuit has been filed against you. You have **20 calendar days** after this summons is served on you to file a written response to the attached complaint/petition with the clerk of this circuit court, located at: BRADFORD COUNTY COURTHOUSE, 945 NORTH TEMPLE AVE., STARKE, FL 32091. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be **filed** if you want the Court to hear your side of the case.

**If you do not file your written response on time, you may lose the case, and your wages, money, and property may be taken thereafter without further warning from the Court.** There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court, you must also mail or take a copy of your written response to the party serving this summons at:**Robert J. Slama, P.A., 6817, Southpoint Pkwy, Ste. 2504, Jacksonville, FL 32216**

**Copies of all court documents in this case, including orders, are available at the Clerk of the Circuit Court's office. You may review these documents, upon request.**

**You must keep the Clerk of the Circuit Court's office notified of your current address. (You may file Notice of Current Address, Florida Family Law Form 12.915.) Future papers in this lawsuit will be mailed to the address on record at the clerk's office.**

**WARNING:  Rule 12.285, Florida Family Law Rules of Procedure, requires certain automatic disclosure of documents and information. Failure to comply can result in sanctions, including dismissal or striking of pleadings.**

THE STATE OF FLORIDA
TO EACH SHERIFF OF THE STATE:  You are commanded to serve this summons and a copy of the complaint in this lawsuit on the above-named person.

DATED: _____ Jan 30 2019 _____

                              RONNIE FUSSELL
                              CLERK OF THE CIRCUIT COURT

(SEAL)                        By: _____
                                  Deputy Clerk



**IMPORTANTE**

Usted ha sido demandado legalmente.  Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal.

Localizado en: _____Una llamada telefonica no lo protegera.  Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas.  Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal.  Existen otros requisitos legales.  Si lo desea, usted puede consultar a un abogado inmediatamente.  Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presente su respuesta ante el tribunal, usted debe enviar por correo o entregar una copia de su respuesta a la persona denominada abajo.

Si usted elige presentar personalmente una respuesta por escrito, en el mismo momento que usted presente su respuesta por escrito al Tribunal, usted debe enviar por correo o llevar una copia de su respuesta por escrito a la parte entregando esta orden de comparencencia a:

Nombre y direccion de la parte que entrega la orden de comparencencia: _____.

Copias de todos los documentos judiciales de este caso, incluyendo las ordenes, estan disponibles en la oficina del Secretario de Juzgado del Circuito [Clerk of the Circuit Court's office].  Estos documentos pueden ser revisados a su solicitud.

Usted debe de manener informada a la oficina del Secretario de Juzgado del Circuito de su direccion actual.  (Usted puede presentar_____el Formulario: Ley de Familia de la Florida 12.915, [ ☐ Florida Family Law Form 12.915], Notificacion de la Direccion Actual [Notice of Current Address].)  Los papelos que se presenten en el futuro en esta demanda judicial seran env ados por correo a la direccion que este registrada en la oficina del Secretario.

ADVERTENCIA: Regla 12.285 (Rule 12.285), de las Reglas de Procedimiento de Ley de Familia de la Florida [Florida Family Law Rules of Procedure], requiere cierta revelacion automatica de documentos e informacion.  El incumplimient, puede resultar en sanciones, incluyendo la desestimacion o anulacion de los alegatos.

**IMPORTANT**

Des poursuites judiciaires ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Qui se trouve a: *{L'Adresse}* _____. Un simple coup de telephone est insuffisant pour vous proteger; vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le delai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat.  Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite a la partie qui vous depose cette citation.

Nom et adresse de la partie qui depose cette citation: _____.

Les photocopies de tous les documents tribunals de cette cause, y compris des arrets, sont disponible au bureau du greffier.  Vous pouvez revue ces documents, sur demande.

Il faut aviser le greffier de votre adresse actuelle.  (Vous pouvez deposer _☐ Florida Family Law Form 12.915, Notice of Current Address.)  Les documents de l'avenir de ce proces seront envoyer a l' adresse que vous donnez au bureau du greffier.

ATTENTION: La regle 12.285 des regles de procedure du droit de la famille de la Floride exige que l'on remette certains renseignements et certains documents 'a la partie adverse. Tout refus de les fournir pourra donner lieu a des sanctions, y compris le rejet ou la suppression d'un ou de plusieurs actes de procedure.



**RONNIE FUSSELL**

# RECEIPT
3362452

CLERK OF THE CIRCUIT AND COUNTY COURTS

JACKSONVILLE, DUVAL COUNTY, FLORIDA

Printed On:
01/30/2019 04:31
Page 1 of 1

| Receipt Number: 3362452 - Date 01/30/2019  Time 4:31PM | |
|---|---|
| **Received of:** | Robert J Slama<br>6817 Southpoint Parkway<br>Suite 2504<br>Jacksonville, FL 32216 |

| | | | |
|---|---|---|---|
| **Cashier Name:** | EFile | **Balance Owed:** | 10.00 |
| **Cashier Location:** | E-Filing | **Total Amount Paid:** | 10.00 |
| **Receipt ID:** | 6642892 | **Remaining Balance:** | 0.00 |
| **Division:** | CV-H(Circuit) | | |

| Case# 16-2018-CA-001416-XXXX-MA -- PLAINTIFF: LISS, FULTON P | | | |
|---|---|---|---|
| Item | Balance | Paid | Bal Remaining |
| Fees | 10.00 | 10.00 | 0.00 |
| **Case Total** | **10.00** | **10.00** | **0.00** |

| Payments | | |
|---|---|---|
| **Type** | **Ref#** | **Amount** |
| EFILING | 23761452 | 10.00 |
| **Total Received** | | **10.00** |
| **Total Paid** | | **10.00** |

## The clerk of courts is here to help you.

| We can be found online at: | **WWW.DUVALCLERK.COM** |
|---|---|
| The main courthouse Location is: | **Clerk of the Circuit and County Courts**<br>**Duval County, Florida**<br>501 West Adams Street<br>Jacksonville, Florida 32202 |
| The main telephone number is: | 904-255-2000 |
| Other Locations: | **Neptune Beach Courthouse Annex**<br>1543 Atlantic Blvd<br>Neptune Beach, Florida 32266 |

IN THE CIRCUIT COURT FOR THE FOURTH
JUDICIAL CIRCUIT IN AND FOR DUVAL
COUNTY, FLORIDA

CASE NO.: 16-2018-CA-001416XXXMA

DIVISION: CV-H

FULTON LISS, an individual,

                Plaintiff,

vs.

CITY OF JACKSONVILLE,
a political subdivision of the State of Florida,
et al.,

                Defendants.

_____/

## SUMMONS:  PERSONAL SERVICE ON AN INDIVIDUAL
## ORDEN DE COMPARECENCIA: SERVICIO PERSONAL EN UN INDIVIDUO
## CITATION: L'ASSIGNATION PERSONAL SUR UN INDIVIDUEL

**TO:  P.A. SPIKES #2782**
2400 YANKEE CLIPPER DRIVE
JACKSONVILLE, FL 322218

### IMPORTANT

     A lawsuit has been filed against you. You have **20 calendar days** after this summons is served on you to file a written response to the attached complaint/petition with the clerk of this circuit court, located at: BRADFORD COUNTY COURTHOUSE, 945 NORTH TEMPLE AVE., STARKE, FL 32091. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be **filed** if you want the Court to hear your side of the case.

     **If you do not file your written response on time, you may lose the case, and your wages, money, and property may be taken thereafter without further warning from the Court.**  There are other legal requirements. You may want to call an attorney right away.  If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

     If you choose to file a written response yourself, at the same time you file your written response to the Court, you must also mail or take a copy of your written response to the party serving this summons at:**Robert J. Slama, P.A., 6817, Southpoint Pkwy, Ste. 2504, Jacksonville, FL 32216**

     **Copies of all court documents in this case, including orders, are available at the Clerk of the Circuit Court's office.  You may review these documents, upon request.**

     **You must keep the Clerk of the Circuit Court's office notified of your current address.  (You may file Notice of Current Address, Florida Family Law Form 12.915.)  Future papers in this lawsuit will be mailed to the address on record at the clerk's office.**

     **WARNING:  Rule 12.285, Florida Family Law Rules of Procedure, requires certain automatic disclosure of documents and information.  Failure to comply can result in sanctions, including dismissal or striking of pleadings.**

THE STATE OF FLORIDA
TO EACH SHERIFF OF THE STATE:  You are commanded to serve this summons and a copy of the complaint in this lawsuit on the above-named person.

                         RONNIE FUSSELL

DATED: _____
         Jan 30 2019

(SEAL)
                          CLERK OF THE CIRCUIT COURT

                          By: _____
                          Deputy Clerk

## IMPORTANTE

Usted ha sido demandado legalmente.  Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal.

Localizado en: _____Una llamada telefonica no lo protegera.  Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas.  Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal.  Existen otros requisitos legales.  Si lo desea, usted puede consultar a un abogado inmediatamente.  Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presente su respuesta ante el tribunal, usted debe enviar por correo o entregar una copia de su respuesta a la persona denominada abajo.

Si usted elige presentar personalmente una respuesta por escrito, en el mismo momento que usted presente su respuesta por escrito al Tribunal, usted debe enviar por correo o llevar una copia de su respuesta por escrito a la parte entregando esta orden de comparencencia a:

Nombre y direccion de la parte que entrega la orden de comparencencia: _____.

Copias de todos los documentos judiciales de este caso, incluyendo las ordenes, estan disponibles en la oficina del Secretario de Juzgado del Circuito [Clerk of the Circuit Court's office].  Estos documentos pueden ser revisados a su solicitud.

Usted debe de manener informada a la oficina del Secretario de Juzgado del Circuito de su direccion actual.  (Usted puede presentar_____el Formulario: Ley de Familia de la Florida 12.915, [□ Florida Family Law Form 12.915], Notificacion de la Direccion Actual [Notice of Current Address].)  Los papelos que se presenten en el futuro en esta demanda judicial seran env ados por correo a la direccion que este registrada en la oficina del Secretario.

ADVERTENCIA: Regla 12.285 (Rule 12.285), de las Reglas de Procedimiento de Ley de Familia de la Florida [Florida Family Law Rules of Procedure], requiere cierta revelacion automatica de documentos e informacion.  El incumplimient, puede resultar en sanciones, incluyendo la desestimacion o anulacion de los alegatos.

## IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Qui se trouve a: *{L'Adresse}* _____.  Un simple coup de telephone est insuffisant pour vous proteger; vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause.  Si vous ne deposez pas votre reponse ecrite dans le delai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal.  Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat.  Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite a la partie qui vous depose cette citation.

Nom et adresse de la partie qui depose cette citation: _____.

Les photocopies de tous les documents tribunals de cette cause, y compris des arrets, sont disponible au bureau du greffier.  Vous pouvez revue ces documents, sur demande.

Il faut aviser le greffier de votre adresse actuelle.  (Vous pouvez deposer _□ Florida Family Law Form 12.915, Notice of Current Address.)  Les documents de l'avenir de ce proces seront envoyer a l' adresse que vous donnez au bureau du greffier.

ATTENTION: La regle 12.285 des regles de procedure du droit de la famille de la Floride exige que l'on remette certains renseignements et certains documents 'a la partie adverse. Tout refus de les fournir pourra donner lieu a des sanctions, y compris le rejet ou la suppression d'un ou de plusieurs actes de procedure.



**RONNIE FUSSELL**

# RECEIPT
3362456

CLERK OF THE CIRCUIT AND COUNTY COURTS
JACKSONVILLE, DUVAL COUNTY, FLORIDA

Printed On:
01/30/2019 04:33
Page 1 of 1

| Receipt Number: 3362456 - Date 01/30/2019  Time 4:33PM | | |
|---|---|---|
| **Received of:** | Robert J Slama<br>6817 Southpoint Parkway<br>Suite 2504<br>Jacksonville, FL 32216 | |
| **Cashier Name:** EFile | **Balance Owed:** | 10.00 |
| **Cashier Location:** E-Filing | **Total Amount Paid:** | 10.00 |
| **Receipt ID:** 6642896 | **Remaining Balance:** | 0.00 |
| **Division:** CV-H(Circuit) | | |

| Case# 16-2018-CA-001416-XXXX-MA -- PLAINTIFF: LISS, FULTON P | | | |
|---|---|---|---|
| **Item** | **Balance** | **Paid** | **Bal Remaining** |
| Fees | 10.00 | 10.00 | 0.00 |
| **Case Total** | **10.00** | **10.00** | **0.00** |

| Payments | | |
|---|---|---|
| **Type** | **Ref#** | **Amount** |
| EFILING | 23761518 | 10.00 |
| **Total Received** | | **10.00** |
| **Total Paid** | | **10.00** |

## The clerk of courts is here to help you.

| We can be found online at: | **WWW.DUVALCLERK.COM** |
|---|---|
| **The main courthouse Location is:** | **Clerk of the Circuit and County Courts**<br>**Duval County, Florida**<br>501 West Adams Street<br>Jacksonville, Florida 32202 |
| **The main telephone number is:** | 904-255-2000 |
| **Other Locations:** | **Neptune Beach Courthouse Annex**<br>1543 Atlantic Blvd<br>Neptune Beach, Florida 32266 |

# VERIFIED RETURN OF SERVICE

Job # J191596

**Client Info:**

ROBERT J. SLAMA, P.A.
6817 Southpoint Blvd. Suite 2504
Jacksonville, FL 32216

**Case Info:**

| | |
|---|---|
| PLAINTIFF:<br>FULTON LISS<br>-versus-<br>DEFENDANT:<br>CITY OF JACKSONVILLE | CIRCUIT COURT<br>Court Division: CV-H<br><br>County of DUVAL, Florida<br>Court Case # 16-2018-CA-001416XXXMA |

**Service Info:**

Date Received by Accurate Serve: 1/30/2019 at 02:22 PM
Service: I Served P.A. SPIKES #2782
With: SUMMONS; COMPLAINT FOR MONETARY DAMAGES AND DEMAND FOR JURY TRIAL
by leaving with Marie Whitney, AUTHORIZED TO ACCEPT

**At Business 2400 YANKEE CLIPPER DRIVE JACKSONVILLE, FL 32218**
On 1/31/2019 at 11:35 AM
**Manner of Service: CORPORATE**
CORPORATE SERVICE: F.S. 48.081 (1)(a)(b)(c)(d), (2) or (3)

I **Michael Hackett** acknowledge that I am authorized to serve process, in good standing in the jurisdiction wherein the process was served and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

Signature of Server:
**Michael Hackett**
**110**

**ACCURATE SERVE OF JACKSONVILLE**
4446 Hendricks Avenue, #207
Jacksonville, FL 32207
Our Job # J191596




1 of 1

# VERIFIED RETURN OF SERVICE

Job # J191582

**Client Info:**

ROBERT J. SLAMA, P.A.
6817 Southpoint Blvd. Suite 2504
Jacksonville, FL  32216

**Case Info:**

| | |
|---|---|
| **PLAINTIFF:** | CIRCUIT COURT |
| FULTON LISS | Court Division: CV-H |
| -versus- | |
| **DEFENDANT:** | County of DUVAL, Florida |
| CITY OF JACKSONVILLE | Court Case # **16-2018-CA-001416XXXMA** |

**Service Info:**

**Date Received by Accurate Serve:** 1/30/2019  at 02:22 PM
**Service:** I Served **CPL. D.L. MCCRORY**
**With:** SUMMONS; COMPLAINT FOR MONETARY DAMAGES AND DEMAND FOR JURY TRIAL
by leaving with **Marie Whitney, AUTHORIZED TO ACCEPT**

At Business **2400 YANKEE CLIPPER DRIVE JACKSONVILLE, FL 32218**
On 1/31/2019 at 11:35 AM
**Manner of Service: CORPORATE**
CORPORATE SERVICE: F.S. 48.081 (1)(a)(b)(c)(d), (2) or (3)

I **Michael Hackett** acknowledge that I am authorized to serve process, in good standing in the jurisdiction wherein the process was served and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

Signature of Server:
**Michael Hackett**
**110**

**ACCURATE SERVE OF JACKSONVILLE**
4446 Hendricks Avenue, #207
Jacksonville, FL 32207
Our Job # **J191582**




1 of 1

# VERIFIED RETURN OF SERVICE

Job # J191584

**Client Info:**

ROBERT J. SLAMA, P.A.
6817 Southpoint Blvd. Suite 2504
Jacksonville, FL 32216

**Case Info:**

| | |
|---|---|
| **PLAINTIFF:**<br>FULTON LISS<br>-versus-<br>**DEFENDANT:**<br>CITY OF JACKSONVILLE | CIRCUIT COURT<br>Court Division: CV-H<br><br>County of DUVAL, Florida<br>Court Case # 16-2018-CA-001416XXXMA |

**Service Info:**

**Date Received by Accurate Serve:** 1/30/2019 at 02:22 PM
**Service:** I Served SHERIFF MIKE WILLIAMS C/O OFFICE OF THE SHERIFF OF THE CITY OF JACKSONVILLE
**With:** SUMMONS; COMPLAINT FOR MONETARY DAMAGES AND DEMAND FOR JURY TRIAL
by leaving with KIMBERLY BEATON, AUTHORIZED TO ACCEPT

**At Business** 117 WEST DUVAL ST. JACKSONVILLE, FL 32202
**On** 1/31/2019 at 12:00 PM
**Manner of Service:** GOVERNMENT AGENCY
PUBLIC AGENCY SERVICE: F.S. 48.111 (1)(a)(b)(c) (2) (3)

**I Michael Hackett** acknowledge that I am authorized to serve process, in good standing in the jurisdiction wherein the process was served and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

Signature of Server:
**Michael Hackett**
**110**

**ACCURATE SERVE OF JACKSONVILLE**
4446 Hendricks Avenue, #207
Jacksonville, FL 32207
Our Job # J191584

1 of 1




## VERIFIED RETURN OF SERVICE

Job # J191585

**Client Info:**

ROBERT J. SLAMA, P.A.
6817 Southpoint Blvd. Suite 2504
Jacksonville, FL  32216

**Case Info:**

| | |
|---|---|
| **PLAINTIFF:** | CIRCUIT COURT |
| FULTON LISS | Court Division: CV-H |
| -versus- | |
| **DEFENDANT:** | County of DUVAL, Florida |
| CITY OF JACKSONVILLE | Court Case # **16-2018-CA-001416XXXMA** |

**Service Info:**

Date Received by Accurate Serve: **1/30/2019** at **02:22 PM**
Service: I Served **JACKSONVILLE AVIATION AUTHORITY C/O JAY DEMETREE**
With: **SUMMONS; COMPLAINT FOR MONETARY DAMAGES AND DEMAND FOR JURY TRIAL**
by leaving with **Melissa Marchalle, SECRETARY**

At Business **14201 PECAN PARK DR. JACKSONVILLE, FL 32218**
On **1/31/2019** at **11:20 AM**
**Manner of Service: CORPORATE**
CORPORATE SERVICE: F.S. 48.081 (1)(a)(b)(c)(d), (2) or (3)

I **Michael Hackett** acknowledge that I am authorized to serve process, in good standing in the jurisdiction wherein the process was served and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

Signature of Server: _____
**Michael Hackett**
**110**

**ACCURATE SERVE OF JACKSONVILLE**
4446 Hendricks Avenue, #207
Jacksonville, FL 32207
Our Job # **J191585**




1 of 1

# VERIFIED RETURN OF SERVICE

Job # J191586

**Client Info:**

ROBERT J. SLAMA, P.A.
6817 Southpoint Blvd. Suite 2504
Jacksonville, FL 32216

**Case Info:**

| | |
|---|---|
| PLAINTIFF: | CIRCUIT COURT |
| FULTON LISS | Court Division: CV-H |
| -versus- | |
| DEFENDANT: | County of DUVAL, Florida |
| CITY OF JACKSONVILLE | Court Case # 16-2018-CA-001416XXXMA |

**Service Info:**

Date Received by Accurate Serve on: 1/30/2019 at 02:22 PM
Service: I Served **CITY OF JACKSONVILLE, MAYOR LENNY CURRY**
With: **SUMMONS; COMPLAINT FOR MONETARY DAMAGES AND DEMAND FOR JURY TRIAL**
by leaving with **KIMBERLY BEATON, AUTHORIZED TO ACCEPT**

At Business **ST. JAMES BUILDING 117 WEST DUVAL STREET, STE 400 JACKSONVILLE, FL 32202**
On **1/31/2019** at **12:00 PM**
Manner of Service: **GOVERNMENT AGENCY**
PUBLIC AGENCY SERVICE: F.S. 48.111 (1)(a)(b)(c) (2) (3)

I **Michael Hackett** acknowledge that I am authorized to serve process, in good standing in the jurisdiction wherein the process was served and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

Signature of Server: _____
**Michael Hackett**
**110**

**ACCURATE SERVE OF JACKSONVILLE**
4446 Hendricks Avenue, #207
Jacksonville, FL 32207
Our Job # J191586

1 of 1


